UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 19-mj-04355-DHH** |
| ) | |
| **RICHARD PHILIPPE,** ) | |
|    Defendant ) | |

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT
## PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Jacob Berrick, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives, do hereby make oath before the Honorable David H. Hennessy, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Richard Philippe on a criminal complaint issued by the United States District Court for the Northern District of Georgia on July 2, 2019, charging the defendant with transfer of firearms to an out-of-state resident in violation of 18 United States Code Section 922(a)(5), and travel between states with intent to unlawfully deal in firearms in violation of 18 United States Code Section 924(n).  I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.  A copy of said warrant is attached.

 

_____
Jacob Berrick
Special Agent, ATF

Subscribed and sworn to before me this _____ day of July, 2019.

_____
Hon. David H. Hennessy
United States Magistrate Judge